IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

RANDY EDWARDS, )
)
Plaintiff, )
)
v. )
) CV 321-046
GEORGIA DEPARTMENT OF )
CORRECTIONS; ANTOINE CALDWELL, )
Warden; JOHNSON STATE PRISON; and )
STAN SHEPHARD, Regional Director, )
)
Defendants. )

### ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. no. 6.) The Magistrate Judge recommended denying the motion to proceed *in forma pauperis* and dismissing the case without prejudice because Plaintiff has accumulated three strikes under 28 U.S.C. § 1915(g). The Court finds Plaintiff's objections unavailing. Accordingly, the Court **OVERRULES** the objections and **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion. Therefore, the Court **DENIES** Plaintiff's request to proceed IFP, (doc. no. 3), and **DISMISSES** this action without prejudice.

SO ORDERED this 27th day of September 2021, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE